**FILED**
CLERK, U.S. DISTRICT COURT

8/15/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_ASI\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-cr-00680-SVW |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 231(a)(3): Acts to Obstruct, Impede, or Interfere with Law Enforcement During Civil Disorder] |
| RANDY PAUL RUIZ and GEORGINA RAVELERO, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 231(a)(3)]

[DEFENDANT RUIZ]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant RANDY PAUL RUIZ committed an act to obstruct, impede, and interfere with a law enforcement officer, that is, Los Angeles Police Department officers, lawfully engaged in the lawful performance of their official duties, incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the

1 movement of any article and commodity in commerce and the conduct and
2 performance of any federally protected function.

COUNT TWO

[18 U.S.C. § 231(a)(3)]

[DEFENDANT RAVELERO]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant GEORGINA RAVELERO committed an act to obstruct, impede, and interfere with a law enforcement officer, that is, Los Angeles Police Department officers, lawfully engaged in the lawful performance of their official duties, incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

*Christina Shay*

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

CLAIRE E. KELLY
Assistant United States Attorney
Violent and Organized Crime
Section